UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Starbucks Corporation**, a Washington Corporation; and Does 1-10, <br><br> Defendants. | Case No. 2:19-cv-08240-PA-JC <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice filed by Plaintiff BRIAN WHITAKER and Defendant STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY.

IT IS HEREBY ORDERED the entire action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated: __April 20, 2020_____

_____
HONORABLE PERCY ANDERSON
U.S. DISTRICT COURT JUDGE

4841-2435-0394.1 104108.1013